CO-386-online
10/03

# United States District Court
# For the District of Columbia

Permapost Products, Inc. et al. )
)
)
)
                    Plaintiff  )     Civil Action No. _____
     vs                        )
John M. McHugh                 )
                               )
                               )
                    Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __All Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __All Plaintiffs_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

979547
BAR IDENTIFICATION NO.

Mark C. Rutzick
Print Name

12402 Myra Virginia Ct.
Address

Oak Hill    VA    20171
City    State    Zip Code

703-870-7347
Phone Number