**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| PERMAPOST PRODUCTS, INC., 4066 SE Tualatin Valley Hwy., Hillsboro, OR 97123; TREATED WOOD COUNCIL, 1101 K St, NW, Ste. 700, Washington, D.C. 20005; J.H. BAXTER & CO., P.O. Box 5902, San Mateo, CA 94402-0902; CONRAD FOREST PRODUCTS, INC., 68765 Wildwood Dr., North Bend, OR 97459; WESTERN WOOD PRESERVERS INSTITUTE, 7017 NE Hwy 99, Ste. 108, Vancouver, WA 98665; WESTERN WOOD STRUCTURES, INC., 20675 SW 105th Ave., Tualatin, OR 97062; RAILWAY TIE ASSOCIATION, 115 Commerce Dr., Ste. C, Fayetteville, GA 30214; SOUTHERN PRESSURE TREATERS' ASSOCIATION, P.O. Box 1784 Starkville, MS 39760; and CREOSOTE COUNCIL, P.O. Box 160, Valencia, PA 16095, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Case No. 1:13-cv-01736 (CKK) ) |
| THE HONORABLE JOHN M. McHUGH, Secretary of the Army, 101 Army Pentagon, Washington, D.C. 20310-0101; U.S. ARMY CORPS OF ENGINEERS, 441 G St N.W., Washington, D.C. 20314; NATIONAL MARINE FISHERIES SERVICE, 1315 East-West Highway, Silver Spring, MD 20910; and PENNY S. PRITZKER, Secretary of Commerce, 1401 Constitution Ave., NW, Washington, D.C. 20230, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

---

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DATE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT AND FOR EXTENSION OF DATE FOR FILING CERTIFIED INDICES TO ADMINISTRATIVE RECORDS**

Defendants, the Honorable John M. McHugh (Secretary of the Army), U.S. Army Corps

of Engineers ("Corps"), National Marine Fisheries Service ("NMFS"), and Penny S. Pritzker

(Secretary of Commerce) (collectively "United States"), move for a four-week extension of the

date by which to answer or otherwise respond to Plaintiffs' Complaint, ECF #1.  The United

States answer or other response currently is due January 13, 2014, and the United States requests

an extension to and including February 10, 2014.  In addition, the United States requests that if it

files a motion to dismiss, the date for filing the certified index to the administrative record be

extended until 30 days after the Court rules on any such motion to dismiss.  On December 18,

2013, undersigned counsel for Defendants conferred with Plaintiffs' counsel pursuant to LCvR

7(m), who indicated that Plaintiffs do not oppose this motion.  Pursuant to LCvR 7, the United

States provides the following to support this Motion:

1.      Plaintiffs' filed their eleven count Complaint on November 4, 2013.  ECF #1.  In

general, Plaintiffs challenge the Corps' issuance under the federal Clean Water Act ("CWA") of

Regional Conditions for the Alaska and Oregon Districts under Nationwide Permit 12.  Plaintiffs

allege that these Regional Conditions prohibit or restrict the use of treated wood in or over

navigable waters of the United States in these two states.  Compl. ¶ 1.  Plaintiffs seek declaratory

and injunctive relief against the Corps to remedy alleged violations of the Administrative

Procedure Act ("APA"), 5 U.S.C. §§ 551-706; Corps regulations (33 C.F.R. § 330.5(c)(1)(I)

under the federal Clean Water Act, 33 U.S.C. § 1344; the Regulatory Flexibility Act ("RFA"), 5

U.S.C. §§ 601 *et seq.*; and the Endangered Species Act ("ESA"), 16 U.S.C. §§ 1531 *et seq.*.

Compl. ¶ 1. Plaintiffs also seek declaratory and injunctive relief against the United States for

violations of the APA and ESA in issuing a NMFS biological opinion "effectively barring treated

wood from the  market in Oregon for new recreational boat docks and for maintenance, repair or

2

replacement of all existing in-water or overwater structures, where treated wood has been the dominant and preferred building material for decades." Compl. ¶ 2.

2.      The United States' answer or other response currently is due January 13, 2014.

3.      Due to:  (1) the holiday schedules and previously planned holiday vacation of undersigned counsel and agency counsel, and (2) the level of coordination required among the various federal agencies to respond to this eleven count Complaint, the United States requests, for good cause, a four-week extension (to and including February 10, 2014) of the date by which to answer or otherwise respond to Plaintiffs' Complaint.

4.      Pursuant to LCvR 7(n), "unless otherwise ordered by the Court, the agency must file a certified list of the contents of the administrative record with the Court within 30 days following service of the answer to the complaint or simultaneously with the filing of a dispositive motion, whichever occurs first."  The United States potentially may have more than one administrative record for the agency actions at issue in this case given that two Corps District offices and Corps Headquarters are involved.  Compilation of these administrative records and accompanying indices will involve extensive agency time and resources.  Further, if the United States files a motion to dismiss under Fed. R. Civ. P. 12, any such motion will be based solely on the allegations of the Complaint and not on any administrative record documents.  Thus, compilation of administrative records and certified indices that will not be used for purposes of briefing any motion to dismiss is an inefficient use of government resources.  Therefore, although any such motion to dismiss could be "dispositive" under LCvR7(n), the United States requests that the filing of the certified indices to the administrative records be extended to 30 days after entry of an order resolving any motion to dismiss.

Defendants agree not to seek further extensions of time for filing the certified indices to the administrative record.

WHEREFORE, the United States respectfully requests that the Court grant this Motion and extend the date by which the United States must answer or otherwise respond to Plaintiffs' Complaint by four weeks, to and including February 10, 2014.  The United States further requests that the certified indices to the administrative records be extended to 30 days after the entry of an order resolving any motion to dismiss.

Respectfully submitted,

ROBERT G. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division

 /s/ *Michele L. Walter*
MICHELE L. WALTER, DC Bar # 487329
Trial Attorney
Environmental Defense Section
U.S. Department of Justice
601 D St., NW, Suite 8000
Washington, D.C. 20004
Telephone: 202.514.2795
Facsimile:  202.514.8865
michele.walter@usdoj.gov

 /s/ *Mark Arthur Brown*
MARK ARTHUR BROWN
 D.C. Bar # 470050
Senior Trial Attorney
Wildlife and Marine Resources Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044 7611
Telephone: (202) 305 0204
Facsimile: (202) 305 0275
Email:  mark.brown@usdoj.gov

*Counsel for Defendants*

DATED:  December 19, 2013

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 19, 2013, a copy of the foregoing was

served on the counsel of record who are registered with the Court's ECF system:


_____/s/ Michele L. Walter_____
MICHELE L. WALTER