IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PERMAPOST PRODUCTS, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Case No. 1:13-cv-01736 (CKK) |
| ) | |
| THE HONORABLE JOHN M. McHUGH, ) | |
| Secretary of the Army, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER GRANTING
DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DATE TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT AND FOR EXTENSION
OF DATE FOR FILING CERTIFIED INDICES TO ADMINISTRATIVE RECORDS

Upon consideration of the Defendants' Unopposed Motion for Extension of Date to Answer or Otherwise Respond to Plaintiffs' Complaint and for Extension of Date for Filing Certified Indices to Administrative Records, filed December 19, 2013, that Motion is granted and the Defendants shall have to and including February 10, 2014, by which to answer or otherwise respond to Plaintiffs' Complaint. Defendants further shall file the certified indices to the administrative records within 30 days after entry of an order on any motion to dismiss.

IT IS SO ORDERED

DATED: December 19, 2013

COLLEEN KOLLAR-KOTELLY
United States District Judge