# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PERMAPOST PRODUCTS, INC., et al.

          Plaintiff           Civil No.         13-1736 (ESH)

    vs.

JOHN M. McHUGH, et al.           Category     C

          Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Jan 28, 2014 from Judge Colleen Kollar-Kotelly

to   Judge Ellen Segal Huvelle       by direction of the Calendar Committee.

(Case related to 12cv1253.)

                          JUDGE ELLEN S. HUVELLE

                          Chair, Calendar and Case
                          Management Committee

cc:       Judge Colleen Kollar-Kotelly       & Courtroom Deputy

        Judge Ellen Segal Huvelle       & Courtroom Deputy

        Liaison, Calendar and Case Management Committee