UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PERMAPOST PRODUCTS, INC.**; **TREATED WOOD COUNCIL**; **J. H. BAXTER & CO.**; **CONRAD FOREST PRODUCTS, INC.**; **WESTERN WOOD PRESERVERS INSTITUTE**; **WESTERN WOOD STRUCTURES, INC.**; **RAILWAY TIE ASSOCIATION**; **SOUTHERN PRESSURE TREATERS' ASSOCIATION**; and **CREOSOTE COUNCIL**,<br>　　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>**THE HONORABLE JOHN M. McHUGH**; **U.S. ARMY CORPS OF ENGINEERS**; **NATIONAL MARINE FISHERIES SERVICE;** and **PENNY S. PRITZKER**, Secretary of Commerce,<br>　　　　　　　　　　　Defendants | Civil No. 13-1736-ESH<br><br>JOINT CASE MANAGEMENT PROPOSAL |

　　　　Pursuant to the Court's Memorandum Opinion and Order dated July 7, 2014, ECF 29, Plaintiffs Permapost Products, Inc.; Treated Wood Council; J. H. Baxter & Co.; Conrad Forest Products, Inc.; Western Wood Preservers Institute; Western Wood Structures, Inc.; Railway Tie Association; Southern Pressure Treaters' Association; and Creosote Council, by their undersigned counsel, and Defendants John M. McHugh; U.S. Army Corps of Engineers; National Marine Fisheries Service; and Penny S. Pritzker, Secretary of Commerce, by their undersigned counsel, hereby propose the case management schedule set forth below.

　　　　Pursuant to the previous agreement of the parties, ECF 12 and the Court's Minute Order of December 19, 2013, ECF 13, on August 6, 2014 Defendants will file Certified Indices to the Administrative Records and deliver a copy of the Administrative Records to FedEx for service on Plaintiffs. Because the Administrative Procedure Act ("APA"), 5 U.S.C. § 706, provides the scope of review for the claims in Plaintiffs' Complaint, the Parties agree that this case will be resolved through the filing of cross motions for summary judgment based on the Administrative Records

compiled by the Defendants. Accordingly, the parties propose the following summary judgment briefing schedule:

1. Plaintiffs' Summary Judgment Motion – December 5, 2014

2. Defendants' Motion for Summary Judgment/Opposition to Plaintiffs' Motion – January 30, 2015

3. Plaintiffs' Reply Brief and Opposition to Defendants' Motion – February 20, 2015

4. Defendants' Reply Brief - March 13, 2015

5. Filing of Joint Appendix with Court - April 13, 2015. This date is an extension of 17 days beyond the date for filing the Joint Appendix set by LCvR 7.1(n)(2). If the Court declines to adopt this portion of the proposed schedule on the ground that the parties must file a motion for such an extension of that deadline, the parties will hereafter file such a motion.

Respectfully submitted this 28th day of July, 2014,

| Attorney for Plaintiffs | Attorneys for Defendant |
|---|---|
| Mark C. Rutzick, Inc. | |
| By:  /s/ Mark C. Rutzick | SAM HIRSCH |
| Mark C. Rutzick, D.C. Bar No. 979547 | Acting Assistant Attorney General |
| markrutzick@rutzick.com | |
| 12402 Myra Virginia Ct. | /s/ Mark Arthur Brown |
| Oak Hill, VA 20171 | MARK ARTHUR BROWN |
| Telephone/Facsimile: (703) 870-7347 | DC Bar # 470050 |
| | Senior Trial Attorney |
| | Wildlife and Marine Resources Section |
| | U.S. Department of Justice |
| | P.O. Box 7611 |
| | Washington, D.C. 20044 7611 |
| | Telephone: (202) 305 0204 |
| | Facsimile: (202) 305 0275 |
| | Email: mark.brown@usdoj.gov |
| | *Counsel for Defendants* |