IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PERMAPOST PRODUCTS, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE HONORABLE JOHN M. McHUGH, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Case No. 1:13-cv-01736 (ESH)<br>)<br>)<br>)<br>)<br>) |

## [Proposed] ORDER

Having reviewed the parties' Joint Motion for Dismissal, it is hereby ORDERED that the

Plaintiffs' Complaint (ECF No. 1) is hereby dismissed with prejudice and this case is

administratively closed.

The parties' Stipulation as to Attorney's Fees and Costs is hereby APPROVED.

IT IS SO ORDERED.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: April ___, 2015